# CRIMINAL COMPLAINT

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Pedro Gomez-Diaz**<br>YOB: 1979; Citizen of Mexico | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>20-01570MJ |

Complaint for violation of Title 8, United States Code Sections 1326(a) and 1325(a)(1)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

Count 1: On or about February 13, 2020, at or near Robles Junction, in the District of Arizona, **Pedro Gomez-Diaz**, an alien, entered, and was found in the United States of America after having been denied admission, excluded, deported, and removed from the United States through Brownsville, Texas on November 12, 2019, and without obtaining the express consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Section 1326(a), a felony.

Count 2: On or about February 7, 2020, at or near Lukeville, in District of Arizona, **Pedro Gomez-Diaz**, an alien, did unlawfully enter the United States of America from Mexico, at a time or place other than as designated by immigration officials of the United States of America, in violation of Title 8, United States Code, Section 1325(a)(1), a petty misdemeanor.

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

**Pedro Gomez-Diaz** is a citizen of Mexico. On November 12, 2019, **Pedro Gomez-Diaz** was lawfully denied admission, excluded, deported and removed from the United States through Brownsville, Texas. On February 13, 2020, agents found **Pedro Gomez-Diaz** in the United States at or near Robles Junction, Arizona without the proper immigration documents. **Pedro Gomez-Diaz** did not obtain the express consent of the Attorney General or the Secretary of the Department of Homeland Security to re-apply for admission to the United States. Furthermore, **Pedro Gomez-Diaz** admitted to illegally entering the United States of America from Mexico on or about February 7, 2020, at or near Lukeville, Arizona at a time or place other than as designated by immigration officials.

MATERIAL WITNESSES IN RELATION TO THE CHARGE:

| DETENTION REQUESTED<br>*Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.*<br>LMG2/JJO<br>AUTHORIZED AUSA /s/Liza Granoff | SIGNATURE OF COMPLAINANT (official title)<br><br>OFFICIAL TITLE<br>Border Patrol Agent |
|---|---|
| Sworn to before me and subscribed in my presence. | |
| SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>February 14, 2020 |

[1] See Federal rules of Criminal Procedure Rules 3 and 54